## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFFI HOVAGIMIAN and** | : | |
| **1209 FRANKLIN LLC** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 23-4297** |
| | : | |
| **HOME EXCHANGE NJ LLC and** | : | |
| **RAMIZ DUKA** | : | |

### ORDER

This 18th day of December, 2024, for reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1.  Plaintiffs' Motion for Default, to Compel and for Sanctions (ECF 28) is **GRANTED.**
    **JUDGMENT** is hereby **ENTERED** in favor of Plaintiffs and against Defendants
    Ramiz Duka and Home Exchange NJ LLC jointly and severally on all claims.  Plaintiffs
    are further entitled to reasonable attorney's fees and costs associated with the filing of
    their Motion.[1]

2.  Defendants' counterclaims (ECF 26) are **DISMISSED** with prejudice.

3.  Within 21 days, Plaintiffs shall submit a detailed list of their claimed damages and
    attorney's fees, as well as any supporting affidavits, receipts, or other evidence.

4.  Within 14 days of Plaintiffs' submission, Defendants may file any objections to
    Plaintiffs' filing for fees and damages, with supporting evidence.

     /s/ Gerald Austin McHugh
    United States District Judge

---

[1] Plaintiffs' Motion is to compel discovery is hereby rendered moot.