IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAFFI HOVAGIMIAN and** : | |
| **1209 FRANKLIN LLC** : | |
| : | **CIVIL ACTION** |
| **v.** : | **No. 23-4297** |
| : | |
| **HOME EXCHANGE NJ LLC and** : | |
| **RAMIZ DUKA** : | |

## ORDER

This 18th day of February, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that judgment is **ENTERED** in favor of Plaintiffs Raffi Hovagimian and 1209 Franklin LLC against Defendants Ramiz Duka and Home Exchange NJ LLC, jointly and severally, in the total amount of **$527,365.24**, comprised as follows:

- **$480,533.41** in breach of contract damages.
- **$1,750** in attorneys' fees.
- **$16.25** in costs.
- **$45,065.58** in pre-judgment interest.

Plaintiffs are also awarded post-judgment interest on the entire judgment amount pursuant to 28 U.S.C. § 1961.

      /s/ Gerald Austin McHugh
      United States District Judge